15-25-00043-CV

FILED
4/16/2025 10:10 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Maria Jackson
Bexar County - 408th District Court

**CAUSE NO. 2025-CI-07382**

|  |  |  |
|---|---|---|
| THE CONSERVATION SOCIETY OF SAN ANTONIO and LEWIS VETTER, Plaintiffs | § § § § | FILED IN 15th COURT OF APPEALS IN THE DISTRICT COURT AUSTIN, TEXAS 4/16/2025 10:40:18 AM |
| vs. | § § | CHRISTOPHER A. PRINE Clerk 407th JUDICIAL DISTRICT |
| UNIVERSITY OF TEXAS AT SAN ANTONIO and CITY OF SAN ANTONIO, Defendants | § § § § | BEXAR COUNTY, TEXAS |

*408th*

---

### PLAINTIFFS' NOTICE OF ACCELERATED APPEAL

---

NOW COMES Plaintiffs, THE CONSERVATION SOCIETY OF SAN ANTONIO and LEWIS VETTER, and files this Notice of Accelerated Appeal pursuant to Tex. Civ. Prac. & Rem. Code §51.014(a)(8), and in support thereof shows:

Plaintiffs, The Conservation of Society of San Antonio and Lewis Vetter, desire to appeal to the Fifteenth Court of Appeals, sitting in Austin, Texas from the Trial Court's Judgment granting Defendant's University of Texas at San Antonio and City of San Antonio's Plea to the Jurisdiction attached hereto as Exhibit "A" signed on April 14, 2025, and any other Orders of the Court, pursuant to the Texas Rules of Appellate Procedure 25.1. Please take notice that this is an accelerated appeal. Further, this matter involves a suit brought against a State institution of higher education and a municipality.

**WHEREFORE, PREMISES CONSIDERED**, Appellants, The Conservation of Society of San Antonio and Lewis Vetter file this Notice of Appeal for purposes of obtaining Appellate review of the Court's final order dated April 14, 2025; and any other Orders of the

1

Court and requests the Court and all parties take due notice.

RESPECTFULLY SUBMITTED,

THE MARTINEZ DE VARA LAW FIRM, PLLC

ART MARTINEZ DE VARA; TBN: 24060230
martinezdevaralaw@gmail.com
CHARLES SIERRA
STATE BAR NO. 18345300
charles@sierraspears.com
DAVID E. CAMPA, OF COUNSEL
STATE BAR NO. 24073991
david@mdv.law
P.O. Box 377
Von Ormy, Texas 78073
Tel. (210) 622-0323
Fax (210) 622-4021
**-and-**
ROBERT W. WILSON;
TBN 00794868
Email: rww@sanchezwilson.com
MARK ANTHONY SÁNCHEZ, ESQ.
Texas Bar No. 00795857
mas@sanchezwilson.com
  **SANCHEZ & WILSON, PLLC**
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201
Tel. (210) 222-8899
Fax (210) 222-9526
***JOINT COUNSEL FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2025, a true and correct copy of the attached document has been sent via E-Service to all counsel of record, to wit:

Matthew Baumgartner
Guillermo A. Alarcon
ARMBRUST & BROWN, PLLC
100 Congress Ave., Suite 1300
Austin, TX 78701
Guillermo Alarcon <galarcon@abaustin.com>
Martha Adams <madams@abaustin.com>
Matthew Baumgartner <mbaumgartner@abaustin.com>
Guillermo A. Alarcon <galarcon@abaustin.com>
*ATTORNEY FOR DEFENDANTS, UTSA AND*
*THE BOARD OF REGENTS OF THE*
*UNIVERSITY OF TEXAS SYSTEM*
**-and-**
Steve A. Chiscano
Nadeen Abou-Hossa
GONZALEZ, CHISCANO, ANGULO & KASSON, PC
9601 McAllister Frwy., Suite 401
San Antonio, TX 78216
Steve Chiscano <schiscano@gcaklaw.com>
Nadeen Abou-Hossa <nabou-hossa@gcaklaw.com>
*ATTORNEY FOR DEFENDANTS, UTSA AND*
*THE BOARD OF REGENTS OF THE*
*UNIVERSITY OF TEXAS SYSTEM*


Donna McElroy
Katy Jo Richards
DYKEMA GOSSETT, PLLC
112 E. Pecan St., Suite 1800
San Antono, TX 78205
Donna McElroy <dmcelroy@dykema.com>
Katy Jo Richards <krichards@dykema.com>
Carol Qualls < cqualls@dykema.com>
Ariel Velasquez, Admin. Asst. <avelasquez@dykema.com>
*ATTORNEY FOR DEFENDANT, CITY OF SAN ANTONIO*


/s/ Art Martinez de Vara
Art Martinez de Vara

# EXHIBIT A

| | | |
|---|---|---|
| THE CONSERVATION SOCIETY OF SAN ANTONIO and LEWIS VETTER, <br> *Plaintiffs*, <br><br> v. <br><br> CITY OF SAN ANTONIO and UNIVERSITY OF TEXAS AT SAN ANTONIO <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br><br><br> 408TH JUDICIAL DISTRICT <br><br><br> BEXAR COUNTY, TEXAS |

## ORDER ON DEFENDANTS' PLEA TO THE JURISDICTION

On this Day, the Court considered Defendants' University of Texas at San Antonio ("UTSA") and The Board of Regents of the University of Texas System ("the Board") Plea to the Jurisdiction, as well as the Plea to the Jurisdiction of Defendant the City of San Antonio.

After considering the pleadings and other papers on file with the Court, the arguments of counsel, and the applicable authorities, the Court finds that the Defendants' Pleas to the Jurisdiction should be and are hereby **GRANTED.**

DATE:___4/14/2025_____

Tina Torres
Presiding Judge
407th District Court
Bexar County, Texas

HONORABLE DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

*/s/ Matthew Baumgartner*
Matthew Baumgartner
State Bar No. 24062605
mbaumgartner@abaustin.com
Guillermo A. Alarcon
 State Bar No. 24099176
galarcon@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 435-2300
Facsimile: (512) 435-2360

**STEVE A. CHISCANO**
State Bar No. 24001882
schiscano@gcaklaw.com
**NADEEN ABOU-HOSSA**
State Bar No. 24115449
nabou-hossa@gcaklaw.com
**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Telephone No. (210) 569-8500
Telecopier No. (210) 569-8490

**ATTORNEYS FOR DEFENDANTS UNIVERSITY OF TEXAS AT SAN ANTONIO AND THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM**

*/s/ Donna McElroy*
Donna McElroy
dmcelroy@dykema.com
Katy Jo Richards
krichards@dykema.com
**DYKEMA GOSSETT PLLC**
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

**ATTORNEY FOR THE CITY OF SAN ANTONIO**

4922-6496-1590, v. 1

**AGREED AS TO FORM:**


*/s/ Charles Sierra (w/permission)*
Arturo I. Martinez De Vara
martinezdevara@gmail.com
Charles Sierra
charles@sierraspears.com
David E. Campa, of Counsel
david@mdv.law
THE MARTINEZ DE VARA LAW FIRM, PLLC
13940 Benton City Rd
Von Ormy, TX 78073

**ATTORNEYS FOR PLAINTIFFS**

4922-6496-1590, v. 1

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nadeen Abou-Hossa on behalf of Steve Chiscano
Bar No. 24001882
nabou-hossa@gcaklaw.com
Envelope ID: 99643316
Filing Code Description: ORIGINAL
Filing Description: ORDER ON DEFENDANTS' PLEA TO THE JURISIDICTION
Status as of 4/14/2025 4:17 PM CST

Associated Case Party: THE CONSERVATION SOCIETY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 4/14/2025 3:08:48 PM | SENT |
| Mark Anthony Sanchez | | mas@sanchezwilson.com | 4/14/2025 3:08:48 PM | SENT |
| Charles Sierra | | charles@sierraspears.com | 4/14/2025 3:08:48 PM | SENT |
| David Campa | | david@mdv.law | 4/14/2025 3:08:48 PM | SENT |
| Lysset De Luna | | ld@sanchezwilson.com | 4/14/2025 3:08:48 PM | SENT |
| Misty Spears | | misty@sierraspears.com | 4/14/2025 3:08:48 PM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 4/14/2025 3:08:48 PM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 4/14/2025 3:08:48 PM | SENT |
| Melinda Carrizales | | mc@sanchezwilson.com | 4/14/2025 3:08:48 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 4/14/2025 3:08:48 PM | SENT |
| Dykema Docket | | docketSAT@dykema.com | 4/14/2025 3:08:48 PM | SENT |
| Carolyn L.Qualls | | cqualls@dykema.com | 4/14/2025 3:08:48 PM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 4/14/2025 3:08:48 PM | SENT |
| Ariel Velasquez | | avelasquez@dykema.com | 4/14/2025 3:08:48 PM | SENT |
| Katy JoRichards | | krichards@dykema.com | 4/14/2025 3:08:48 PM | SENT |

Associated Case Party: UNIVERSITY OF TEXAS AT SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nadeen Abou-Hossa on behalf of Steve Chiscano
Bar No. 24001882
nabou-hossa@gcaklaw.com
Envelope ID: 99643316
Filing Code Description: ORIGINAL
Filing Description: ORDER ON DEFENDANTS' PLEA TO THE JURISIDICTION
Status as of 4/14/2025 4:17 PM CST

Associated Case Party: UNIVERSITY OF TEXAS AT SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Miranda RoseSalazar | | msalazar@gcaklaw.com | 4/14/2025 3:08:48 PM | SENT |
| Matthew Baumgartner | | mbaumgartner@abaustin.com | 4/14/2025 3:08:48 PM | SENT |
| Guillermo Alarcon | | galarcon@abaustin.com | 4/14/2025 3:08:48 PM | SENT |
| Martha Adams | | madams@abaustin.com | 4/14/2025 3:08:48 PM | SENT |
| Steve Chiscano | | schiscano@gcaklaw.com | 4/14/2025 3:08:48 PM | SENT |
| Nadeen Abou-Hossa | | nabou-hossa@gcaklaw.com | 4/14/2025 3:08:48 PM | SENT |

Associated Case Party: CITY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Donna McElroy | | dmcelroy@dykema.com | 4/14/2025 3:08:48 PM | SENT |
| ANDREW SEGOVIA | | andy.segovia@sanantonio.gov | 4/14/2025 3:08:48 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terri Gould on behalf of Art Martinez de Vara
Bar No. 24060230
mdvlawparalegal@gmail.com
Envelope ID: 99729741
Filing Code Description: NOTICE OF APPEAL ACCELERATED
Filing Description:
Status as of 4/16/2025 10:17 AM CST

Associated Case Party: THE CONSERVATION SOCIETY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 4/16/2025 10:10:16 AM | SENT |
| Mark Anthony Sanchez | | mas@sanchezwilson.com | 4/16/2025 10:10:16 AM | SENT |
| Lysset De Luna | | ld@sanchezwilson.com | 4/16/2025 10:10:16 AM | SENT |
| Misty Spears | | misty@sierraspears.com | 4/16/2025 10:10:16 AM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 4/16/2025 10:10:16 AM | SENT |
| Charles Sierra | | charles@sierraspears.com | 4/16/2025 10:10:16 AM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 4/16/2025 10:10:16 AM | SENT |
| David Campa | | david@mdv.law | 4/16/2025 10:10:16 AM | SENT |
| Melinda Carrizales | | mc@sanchezwilson.com | 4/16/2025 10:10:16 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 4/16/2025 10:10:16 AM | SENT |
| Dykema Docket | | docketSAT@dykema.com | 4/16/2025 10:10:16 AM | SENT |
| Carolyn L.Qualls | | cqualls@dykema.com | 4/16/2025 10:10:16 AM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 4/16/2025 10:10:16 AM | SENT |
| Ariel Velasquez | | avelasquez@dykema.com | 4/16/2025 10:10:16 AM | SENT |
| Katy JoRichards | | krichards@dykema.com | 4/16/2025 10:10:16 AM | SENT |

Associated Case Party: UNIVERSITY OF TEXAS AT SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terri Gould on behalf of Art Martinez de Vara
Bar No. 24060230
mdvlawparalegal@gmail.com
Envelope ID: 99729741
Filing Code Description: NOTICE OF APPEAL ACCELERATED
Filing Description:
Status as of 4/16/2025 10:17 AM CST

Associated Case Party: UNIVERSITY OF TEXAS AT SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Miranda RoseSalazar | | msalazar@gcaklaw.com | 4/16/2025 10:10:16 AM | SENT |
| Matthew Baumgartner | | mbaumgartner@abaustin.com | 4/16/2025 10:10:16 AM | SENT |
| Guillermo Alarcon | | galarcon@abaustin.com | 4/16/2025 10:10:16 AM | SENT |
| Martha Adams | | madams@abaustin.com | 4/16/2025 10:10:16 AM | SENT |
| Steve Chiscano | | schiscano@gcaklaw.com | 4/16/2025 10:10:16 AM | SENT |
| Nadeen Abou-Hossa | | nabou-hossa@gcaklaw.com | 4/16/2025 10:10:16 AM | SENT |

Associated Case Party: CITY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ANDREW SEGOVIA | | andy.segovia@sanantonio.gov | 4/16/2025 10:10:16 AM | SENT |
| Donna McElroy | | dmcelroy@dykema.com | 4/16/2025 10:10:16 AM | SENT |